United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DELFINO TORRES MUNOZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-799 |
| | § | |
| DAVID COLE *et al.* | § | |

# ORDER

Before the Court is Petitioner's Motion to Voluntarily Dismiss Writ of Habeas Corpus (Dkt. No. 9). Finding cause to do so, the Court **LIFTS** the stay and **VACATES** its previous order (Dkt. No. 7).

"Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in relevant part, that after a [respondent] files an answer or a motion for summary judgment 'an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper.'" *Harris v. Devon Energy Prod. Co.*, 500 F. App'x 267, 268 (5th Cir. 2012); *see also* Fed. R. Civ. P. 81(a)(4). "Voluntary dismissals 'should be freely granted,' but a [petitioner's] request will not be allowed if 'the non-moving party will suffer some plain legal prejudice.'" *Harris*, 500 F. App'x at 268 (quoting *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002)). Prejudice must be something beyond "the mere prospect of a second lawsuit.

As an initial matter, it is not clear why Petitioner did not move under Federal Rule of Civil Procedure 41(a)(1)(A)(i), since Respondents have neither answered nor moved for summary judgment in this action. Nonetheless, Respondents did not oppose Petitioner's motion. L.R. 7.3 (affording the opposing party twenty-one days to respond to a motion). The Court will not manufacture prejudice on their behalf. Finding Rule 41(a)(2) warrants dismissal, the Court **GRANTS** Petitioner's motion (Dkt. No. 9). *See Harris*, 500 F. App'x

at 268 (quoting *Elbaor*, 279 F.3d at 317) (dismissal should be "freely granted").

Accordingly, Petitioner's Motion to Voluntarily Dismiss Writ of Habeas Corpus (Dkt. No. 9) is **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. Petitioner's Motion for an Order to Show Cause (Dkt. No. 2) is **DENIED AS MOOT**.

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** September 1, 2026.

M Garcia Marmolejo

Marina Garcia Marmolejo
United States District Judge